UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Two Spider Monkeys (*Ateles Geoffroyi Vellerosus*) - one male and one female,

    Defendants *In Rem*.

Civil No.: 25-cv-1028 CVR

## WARRANT OF ARREST *IN REM* ISSUED PURSUANT SUPPLEMENTAL RULE G(3)(B)(i)

To the United States Fish and Wildlife Service (FWS) and the United States Marshals Service (USMS) or any other Duly Authorized Law Enforcement Officer:

WHEREAS, the United States of America filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court for the District of Puerto Rico seeking forfeiture of Two Spider Monkeys (Ateles Geoffroyi Vellerosus) - one male and one female;

WHEREAS the Defendants *In Rem* is in the possession, custody, and control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *In Rem* for the arrest of the Defendants *In Rem*;

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest *In Rem* must be delivered to a person or organization authorized to execute it;

YOU ARE THEREFORE COMMANDED, pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to seize the captioned Defendants *In Rem* and use discretion and whatever means appropriate to protect and maintain the currency pending the outcome of this action.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

In San Juan, Puerto Rico, this 16th day of January, 2025.

Ada I. García-Rivera, Esq., CPA
Clerk of Court
United States District Court
District of Puerto Rico

Digitally signed by Ana Duran
Date: 2025.01.16 08:40:40 -04'00'

By: Deputy Clerk