UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**<br><br>v.<br><br>Two Spider Monkeys (Ateles Geoffroyi Vellerosus) - one male and one female,<br>**Defendant** *In Rem* | CIVIL NO.: 25-1028 (CVR) |

### NOTICE OF PUBLICATION

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, through its undersigned attorneys, and respectfully states:

That on this date, plaintiff is filing with this Court an Advertisement Certification Report and Advertisement Copy (Attachment 1), demonstrating that notice was published for thirty (30) consecutive days on www.forfeiture.gov, an official government internet site, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

Notice was published for thirty (30) consecutive days from May 16, 2025, through June 14, 2025, as follows:

1. ASSET ID: 24-FWS-000010 - Two (2) Black Spider Monkeys, including the following animals: 1 Male Spider Monkey, Chip # 608074516; 1 Female Spider

1

*Civil No.: 25-1028 (CVR)*

Monkey, Chip # 6080827776 which were seized from Pablo Javier Robles Cortes on January 23, 2024.

In San Juan, Puerto Rico, July 17, 2025.

                                 **W. Stephen Muldrow**
                                 United States Attorney

*/s/ Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, July 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

*/s/ Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney