UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**<br><br>v.<br><br>Two Spider Monkeys (Ateles Geoffroyi Vellerosus) - one male and one female,<br>**Defendant *In Rem*.** | CIVIL NO.: 25-1028 (CVR) |

**REQUEST FOR ENTRY OF DEFAULT**

TO THE HONORABLE COURT:

Plaintiff, United States of America, hereby requests the entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions Rule G(5)(a)(ii)(A), against the Defendant *In Rem*, and all persons claiming an interest in the Defendant *In Rem* for failure to file a timely claim, answer or otherwise defend this action pursuant to Rule G(5)(a)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

*Civil No.: 25-1028 (CVR)*

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of July 2025.

        W. STEPHEN MULDROW
        United States Attorney

        */s/Myriam Y. Fernández-González*
        Myriam Y. Fernández-González
        Assistant United States Attorney – 218011
        Torre Chardón, Suite 1201
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        Tel. (787) 766-5656; Fax. (787) 771-4050
        Email: Myriam.Y.Fernandez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that; I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 17th day of July 2025.

        */s/Myriam Y. Fernández-González*
        Myriam Y. Fernández-González
        Assistant United States Attorney